UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DOMENICA LUCAS,

        Plaintiff,

  -against-                MEMORANDUM AND ORDER
                            02-CV-3996(JS)(MLO)
JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

        Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff    Lenore Dowis, Esq.
                33 Beverly Road
                Smithtown, New York 11787

For Defendant    Charles Peter Kelly, Esq.
                United States Attorney's Office
                Eastern District of New York
                610 Federal Plaza
                Central Islip, New York 11722

SEYBERT, District Judge:

      The United States Court of Appeals for the Second Circuit remanded this case to this Court on December 21, 2005 (No. 04-2349) ("Remand Order"). In the Remand Order, the Second Circuit partially affirmed and vacated this Court's Order dated March 29, 2004. Accordingly, the Court remands this case to the Social Security Administration's Office of Hearings and Appeals for further proceedings consistent with the Remand Order.

                                            SO ORDERED.

                                          /s/ JOANNA SEYBERT
                                       Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          March 31, 2006